NUMBER
13-10-00497-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

EDGAR NANDIN,                                                                            Appellant,

 

                                                             v.

 

TEXAS A&M
UNIVERSITY, KINGSVILLE,                                     Appellee. 

 ____________________________________________________________

 

                             On
Appeal from the 105th District Court 

                                        of
Kleberg County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

             Before Chief Justice Valdez and Justices Rodriguez and Garza

Memorandum Opinion
Per Curiam

            








The
appellant's brief in the above cause was due on March 31, 2011.  On April 29,
2011, the Clerk of the Court notified appellant that the brief had not been
timely filed and that the appeal was subject to dismissal for want of
prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within
ten days from the date of receipt of this letter, appellant reasonably
explained the failure and the appellee was not significantly injured by the
appellant's failure to timely file a brief.  To date, no response has been
received from appellant.  

Appellant
has failed to either reasonably explain his failure to file a brief, file a
motion for extension of time to file his brief, or file his brief. 
Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.  See Tex. R. App. P. 38.8(a), 42.3(b). 

 

PER
CURIAM

 

Delivered and filed the

23rd day of June, 2011.